IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT WEHRLE and HEIKE WEHRLE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. ) ) |
| CINCINNATI INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

NOW COMES the Defendant, CINCINNATI ISURANCE COMPANY, by and through its attorneys, WIEDNER & McAULIFFE, LTD., and pursuant to 28 U.S.C. Sections 1332 and 1441, presents its Notice of Removal of the above captioned cause of action, filed in the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois under docket number 12 MR 4, to the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof, CINCINNATI INSURANCE COMPANY (hereinafter "Cincinnati") states as follows:

1) On January 3, 2012, Plaintiffs filed their Complaint for Declaratory Judgment ("the Complaint") against Cincinnati in the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois under docket number 12 MR 4. A copy of said pleading is included herewith as Exhibit 1.

2) The Complaint was received by counsel for Cincinnati on January 6, 2012.

3) The Plaintiffs are citizens of the State of Illinois. See Paragraph 12 of Exhibit 1.

4) Cincinnati is a citizen of the State of Ohio in that it is incorporated under the laws of Ohio and its principal place of business is in Fairfield, Ohio. See Paragraph 13 of Exhibit 1.

1

5) The Plaintiffs are seeking payment of $200,000.00 from Cincinnati in their complaint. See Paragraph 33 of Exhibit 1.

6) Under 28 U.S.C. Section 1332(a), diversity jurisdiction exists when a cause of action is between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interests and costs. This is an action between insureds and their insurer, and therefore, this is not a "direct action" as contemplated by 28 U.S.C. Section 1332(c)(1) and case law interpreting said section. Pursuant to the allegations in this Notice and in Plaintiffs' Complaint, the requirements of Section 1332(a) have been met.

7) Removal to this Court is proper under 28 U.S.C. Sections 1441(a) and (b), as this Court has original jurisdiction over this matter under 28 U.S.C. Section 1332 and defendant Cincinnati is not a citizen of the State of Illinois, where Plaintiffs' action was brought.

8) Pursuant to 28 U.S.C. Section 1441(a), removal of this action to this Court is proper as this Court sits in the judicial district and division embracing the place where it is pending in that a substantial portion of the events giving rise to Plaintiff's cause of action occurred within this district and division. See 28 U.S.C. Section 1391 and Exhibit 1.

9) This Notice of Removal is being filed pursuant to 28 U.S.C. Section 1446(b) as it is being filed within 30 days after counsel for Cincinnati received a copy of the Complaint.

10) Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice of Removal will promptly be filed in the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois and served upon all parties of record.

WHEREFORE, the Defendant, CINCINNATI INSURANCE COMPANY, having met the requirements for removal of this action to this Court, respectfully requests that this Court

assume jurisdiction over the parties to this cause and the claims herein, to the same degree and extent as though this matter had been originally filed in this Court.

Respectfully submitted,

WIEDNER & McAULIFFE, LTD.

By: /s/ Richard J. Leamy, Jr.
One of the attorneys for Cincinnati Insurance Company

Richard J. Leamy, Jr. (ARDC No. 3122843)
Robert H. Fredian (ARDC No. 06217201)
WIEDNER & McAULIFFE, LTD.
One N. Franklin St., Suite 1900
Chicago, Illinois 60606
(312) 855-1105

## CERTIFICATE OF SERVICE

TO: Mr. Peter J. Flowers
Foote, Meyers, Mielke & Flowers, LLC
3 North Second Street, Ste. 300
St. Charles, IL 60174
Telephone No. 630 232 6333
Facsimile No. 630 845 8982
E-mail: pjf@foote-meyers.com

I, Richard J. Leamy, Jr., an attorney, certify that I served **Cincinnati Insurance Company's Notice of Removal** via U.S. mail to the attorney listed above and that a copy of this Certificate of Service was electronically filed with the Northern District of Illinois Eastern Division on the 17th day of January, 2012.

Respectfully submitted,

WIEDNER & McAULIFFE, LTD .

/s/Richard J. Leamy, Jr.
Richard J. Leamy, Jr.
One of the Attorneys for Cincinnati Insurance Company

Richard J. Leamy, Jr. (ARDC No. 3122843)
WIEDNER & McAULIFFE, LTD.
One North Franklin Street, Suite 1900
Chicago, IL 60606
Telephone No. 312-855-1105
Facsimile No. 312-855-1792
E-mail: rjleamy@wmlaw.com